FILED IN OPEN C
U.S.D.C ATLANTA

SEP 25 2013

JAMES N. HATT...
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| SETH D. LYNN | 1:13-CR-369 |

I, SETH D. LYNN, the above named defendant, who is accused of bid-rigging conspiracy and conspiracy to commit mail fraud, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 25, 2013 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
SETH D. LYNN
Defendant

_____
JAY STRONGWATER
Counsel for Defendant

Before _____
Judicial Officer